UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| | ) |
| v. | ) Crim. No. 24-6479-MPK |
| | ) |
| YERMIS GARCIA AGUIAR, | ) |
| | ) |
| Defendant | ) |
| | ) |

## MOTION TO PARTIALLY UNSEAL COMPLAINT

The United States of America respectfully moves this Court to partially unseal the Complaint in the above-captioned matter. As grounds, the government states that defendant Yermis Garcia Aguiar has been apprehended. The government requests that the Complaint Affidavit remain under seal until such time as the remaining defendant is apprehended. The government moves for permission to disclose the sealed Complaint Affidavit to counsel for Yermis Garcia Aguiar.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   */s/ Stephen W. Hassink*
Stephen W. Hassink
Assistant U.S. Attorney

Dated: August 5, 2024