# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| [REDACTED] | ) |
| Yermis GARCIA AGUIAR, and | ) 24-6479-MPK |
| Manuel PINA MENDEZ | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 2023 through February 2024__ in the county of __Essex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances |

This criminal complaint is based on these facts:
See attached Affidavit of DEA Special Agent Ryan P. Glynn.

☑ Continued on the attached sheet.

/s/ Ryan P. Glynn

*Complainant's signature*

Ryan P. Glynn, DEA Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/02/2024

*Judge's signature*

City and state:   Boston, Massachusetts

Hon. M. Page Kelley, U.S. Magistrate Judge

*Printed name and title*